AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-06823

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JOHN R LAUSCH JR. U.S.ATTORNEY FOR THE NORTHERN DISTRICT OF ILLINOIS , U.S. DEPARTMENT OF JUSTICE was received by me on *(date)* Jan 3, 2022, 4:25 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* F. rashae , who is designated by law to accept service of process on behalf of *(name of organization)* JOHN R LAUSCH JR. U.S.ATTORNEY FOR THE NORTHERN DISTRICT OF ILLINOIS , U.S. DEPARTMENT OF JUSTICE on *(date)* Tue, Jan 04 2022 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 01/04/2022

*Server's signature*

Kyle Clutter 115-002370

*Printed name and title*

333 S Wabash Ave Suite 2700, Chicago, IL 60604

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 4, 2022, 12:15 pm CST at Company: 219 S. DEARBORN ST., 5TH FLOOR, CHICAGO, IL 60604 received by F rashae. Relationship: Recptionist / authorized ;