# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

American Society of Anesthesiologists, et al.

                                                                             Plaintiff,

v.                                                                                                  Case No.: 1:21−cv−06823

                                                                                                  Honorable Marvin E. Aspen

U.S. Department of Health and Human Services, et al.

                                                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 11, 2022:

      MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs' Consent Motion for Briefing Schedule and Enlargement of Page Limits [11] is granted. Plaintiffs' Motion for Summary Judgment is due February 9, 2022, and the supporting memorandum shall not exceed 45 pages. Defendants' Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment is due March 9, 2022, and the supporting memorandum shall not exceed 45 pages. Plaintiffs' reply brief and opposition to Defendants' Motion for Summary Judgment is due April 6, 2022, and shall not exceed 45 pages. Defendants' reply brief is due April 25, 2022, and shall not exceed 25 pages. The parties shall also file a summary of no more than 10 and no less than 5 pages with each of their briefs. The summaries shall summarize the facts and arguments contained in each accompanying brief. Defendants need not answer the Complaint while the motions for summary judgment are pending. The initial status hearing set for March 17, 2022 at 10:30 a.m. is stricken and reset to August 4, 2022 at 10:30 a.m. It is so ordered. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.