# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

American Society of Anesthesiologists, et al.

                        Plaintiff,

v.

U.S. Department of Health and Human Services, et al.

                        Defendant.

Case No.: 1:21−cv−06823

Honorable Marvin E. Aspen

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 8, 2022:

      MINUTE entry before the Honorable Marvin E. Aspen: Defendants' unopposed motion to stay proceedings [19] is granted. All current deadlines are stayed through 5/3/2022, by which time the parties shall file a joint status report as to the status of the case. The status hearing set for 8/4/2022 remains as set. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.