# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERICAN SOCIETY OF ANESTHESIOLOGISTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-06823 <br><br> Honorable Marvin E. Aspen |

## NOTICE OF DISMISSAL

Plaintiffs American Society of Anesthesiologists ("ASA"), the American College of Emergency Physicians ("ACEP"), and the American College of Radiology ("ACR") file their Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(i) and state as follows:

1. On December 22, 2021, Plaintiffs filed suit against Defendants, U.S. Department of Health and Human Services, Xavier Becerra in his official capacity as Secretary of Health and Human Services, U.S. Department of Labor, Martin Walsh in his official capacity as Secretary of Labor, U.S. Department of Treasury, Janet Yellen in her official capacity as Secretary of Treasury, U.S. Office of Personnel Management, and Kiran Ahuja in her official capacity as Director, U.S. Office of Personnel Management.

2. Pursuant to a Defendants' unopposed motion dated March 3, 2022, ECF No. 19, and the Parties' joint status reports, this Court has stayed this action by Orders dated March 8, 2022 (ECF No. 20), May 3, 2022 (ECF No. 22), July 13, 2022

(ECF No. 24), and September 6, 2022 (ECF No. 26). Pursuant to the Court's September 6, 2022, Order, this action is stayed until October 20, 2022.

3. Defendants have been served with process and have not filed an answer or motion for summary judgment.

4. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

5. This dismissal is without prejudice.

    Respectfully submitted,

    /s/ Ronald S. Connelly
    Ronald S. Connelly (D.C. Bar No. 488298)*
    POWERS PYLES SUTTER &
    VERVILLE, PC
    1501 M Street, N.W.
    Seventh Floor
    Washington, DC 20005
    tel. (202) 872-6762
    fax (202) 785-1756
    Ron.Connelly@PowersLaw.com
    Leela.Baggett@PowersLaw.com
    *Admitted pro hac vice*

    /s/ Jeremy Lewin
    Jeremy Lewin (Ill. Bar No. 6269242)
    POWERS PYLES SUTTER &
    VERVILLE, PC
    1061 American Lane
    Schaumburg, IL 60173
    tel. (202) 349-4284
    fax (202) 785-1756
    Jeremy.Lewin@PowersLaw.com

    Attorneys for Plaintiffs

Dated: October 20, 2022